UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STICHTING JURIDISCH EIGENDOM
DE VESTE BELEGGINGSFONDSEN,

                              Plaintiffs,                       21-CV-02102 (LGS)(SN)

         -against-                                **SETTLEMENT CONFERENCE**
                                                                         **ORDER**

CAPSTONE CREDIT, LLC, et al.,

                              Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       A settlement conference is scheduled for Thursday, July 21, 2022, at 10:00 a.m. In the weeks prior to the conference, the Court will confirm whether the conference will be held telephonically or in person.

       The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by Thursday, July 14, 2022, by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:      April 12, 2022
                  New York, New York