UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**STICHTING JURIDISCH EIGENDOM**
**DE VESTE BELEGGINGSFONDSEN,**

       **Plaintiff,**         21-CV-02102 (LGS)(SN)

   -against-             <u>**ORDER**</u>

**CAPSTONE CREDIT, LLC, et al.,**

       **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

  Defendants are ORDERED to serve Plaintiff with the audited financial statements by August 15, 2022. If Defendants are unable to meet that deadline, by the same date they must provide one or more sworn affidavits attesting to when the financial records were provided to the auditors, why the audit is incomplete, and when it will be completed.

  The parties are ORDERED to hold an in-person settlement negotiation in advance of the Court's settlement conference. Defendants are ORDERED to provide a written response to Plaintiff's settlement terms at least one week before the in-person negotiation.

  The Court is currently available to conduct a settlement conference on: September 6 (10 a.m. or 2 p.m.); September 15 (10 a.m. or 2 p.m.); September 19 (10 a.m. or 2 p.m.); and September 30 (10 a.m. or 2 p.m.). The parties shall meet and confer with their clients and contact Courtroom Deputy Rachel Slusher at rachel_slusher@nysd.uscourts.gov to select a date and time. The parties may request that the conference be in person or remote.

**SO ORDERED.**

DATED:  July 21, 2022
      New York, New York

                   SARAH NETBURN
                   United States Magistrate Judge