UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STICHTING JURIDISCH EIGENDOM
DE VESTE BELEGGINGSFONDSEN,

                        Plaintiffs,                  21-CV-02102 (LGS)(SN)

        -against-                          **SETTLEMENT CONFERENCE
ORDER**

CAPSTONE CREDIT, LLC, et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Friday, September 30, 2022 at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by Friday, September 23, 2022 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     August 4, 2022
               New York, New York