USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

**STICHTING JURIDISCH EIGENDOM DE VESTE BELEGGINGSFONDSEN,**

          Plaintiff,

-against-

**CAPSTONE CREDIT, LLC, et al.,**

          Defendants.
-------------------------------------------------------------X

21-CV-02102 (LGS)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

A settlement conference is scheduled for Friday, January 20, 2023, at 10:00 a.m. The Court will contact the parties by email in the week before the conference to determine whether it will be held in-person or telephonically. By December 16, 2022, Defendants are ordered to submit a status letter confirming the audited financial statements have been provided to Plaintiff.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by Friday, January 13, 2023, by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 12, 2022
               New York, New York