UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STICHTING JURIDISCH EIGENDOM
DE VESTE BELEGGINGSFONDSEN,

                Plaintiff,              21-CV-02102 (LGS)(SN)

    -against-                          **ORDER**

CAPSTONE CREDIT, LLC, et al.,

                Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        The settlement conference scheduled in the Court's December 12, 2022 order will go forward as planned on January 20, 2023, at 10:00 a.m. The conference will be held in person in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are referred to the Court's order at ECF No. 123 for further instruction.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 9, 2023
               New York, New York