UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STICHTING JURIDISCH EIGENDOM DE
VESTE BELEGGINGSFONDSEN,
                                   Plaintiff,        21 Civ. 2102 (LGS)

            -against-                    ORDER

CAPSTONE CREDIT, LLC et al.,
                                 Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties submitted a joint letter on April 11, 2023, stating their expectation that all settlement documents would be finalized by April 20, 2023;

      WHEREAS, the parties have not yet communicated the reaching of a settlement or an update on the status of their negotiations. It is hereby

      **ORDERED** that by **April 28, 2023,** the parties shall file a joint letter apprising the Court on the progress of settlement.

Dated: April 24, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE