```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
STICHTING JURIDISCH EIGENDOM DE                               :
VESTE BELEGGINGSFONDSEN,                                      :
                                                              :      21 Civ. 2102 (LGS)
                                Plaintiff,                    :
                                                              :           ORDER
                -against-                                     :
                                                              :
CAPSTONE CREDIT, LLC et al.                                   :
                                Defendants.                   :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

Based on the parties' letter dated April 28, 2023, at Dkt. No. 144, it appears that the parties have reached an agreement on the material terms of a settlement. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis.

Dated: May 2, 2023
       New York, New York

*(signature)*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**