December 7, 2023

<u>Via ECF</u>

Honorable Dale E. Ho
U.S. District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Stichting Juridisch Eigendom De Veste Beleggingsfondsen v. Capstone Credit, LLC et al., Case 1:21-cv-02102-DEH*

Dear Judge Ho:

    Plaintiff Stichting Juridisch Eigendom De Veste Beleggingsfondsen, Counterclaim Defendants Jack van Oosterbosch and De Veste B.V., and Defendants Capstone Credit, LLC, Capstone Capital Group, LLC, and Joseph F. Ingrassia submit this joint letter to report that the parties have settled and present for the Court's consideration the attached proposed Final Agreed Judgment and Dismissal. In compliance with Section 7 of the Court's Individual Rules And Practices In Civil Cases, we reached out to the Courtroom Deputy jointly to alert the Court this morning and left a message advising of the settlement. The parties respectfully request that the proposed Final Agreed Judgment and Dismissal be entered to complete the settlement process.

    We thank the Court for its continuing attention to these matters.

Respectfully submitted,

| | |
|---|---|
| *Attorneys for Plaintiff Stichting Juridisch Eigendom, and Counterclaim Defendants De Veste B.V. and Jack van Oosterbosch* | *Attorneys for Defendants Capstone Credit LLC, Capstone Capital Group, LLC, and Joseph Ingrassia* |
| <u>/s/ Albena Petrakov</u><br>Albena Petrakov<br>Offit Kurman P.A.<br>590 Madison Ave.<br>New York, NY 10022<br>Telephone: (212) 545-1900<br>apetrakov@offitkurman.com | <u>/s/ Kathy Hirata Chin</u><br>Kathy Hirata Chin<br>Crowell & Moring LLP<br>590 Madison Ave.<br>New York, NY 10022<br>Telephone: (212) 895-4304<br>khchin@crowell.com |