ABSTRACT OF JUDGMENT

**Re:** STICHTING, Plaintiff v. CAPSTONE CREDIT, LLC., et al.,

**Case Number:** Case No. 21-cv-2102-DEH

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Capstone Capital Group, LLC.,<br>365 West Passaic Street, Suite 5252<br>Rochelle Park, NJ 07662<br><br>Capstone Credit, LLC.,<br>365 West Passaic Street, Suite 5252<br>Rochelle Park, NJ 07662 | Stichting Juridisch Eigendom De Veste Beleggingsfondsen<br>Hoogoorddreef 15, 1101 BA Amsterdam, The Netherlands |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $58,352,804, including (a) $39,569,183.4 in unpaid principal, (b) default interest at the note rate of 14.5% in the amount of $18,168,850.10 from October 1, 2020 through November 30, 2023, and (c) attorneys' fees and costs in connection with this action in the amount of $ 614,770.50 | Albena Ilkova Petrakov<br>Offit Kurman<br>590 Madison Avenue<br>Ste 6th Floor<br>New York City, NY 10022<br>212-545-1900<br>Email: apetrakov@offitkurman.com<br>Attorney for Plaintiff<br><br>Kathy Hirata Chin<br>Crowell & Moring LLP<br>590 Madison Avenue<br>New York, NY 10022<br>212-895-4304<br>Fax: 212-223-4134<br>Email: khchin@crowell.com<br>Attorney for Defendants | 12/08/2023 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

I CERTIFY that the foregoing is a correct Abstract of the Judgment

**Dated:** New York                    , New York

**RUBY J. KRAJICK, Clerk of Court**

_____
**By, Deputy Clerk**